UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Jorge CAMPOS-Sanchez,**<br><br>Defendant | Magistrate Docket No. 08 MJ 0474<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 17, 2008** within the Southern District of California, defendant, **Jorge CAMPOS-Sanchez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS <u>19th</u> DAY OF <u>**FEBRUARY 2008**</u>

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Jorge CAMPOS-Sanchez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 17, 2008, Border Patrol Agent P. Molina was performing uniformed patrol duties in the area assigned to the El Cajon Border Patrol Station. At approximately 3:00 A.M. Agent Molina responded to an intrusion device activation in a rural location approximately eight miles east of the Tecate, California Port of Entry and one mile north of the International Boundary. Agent Molina waited in the brush to intercept persons that may have activated the intrusion device. A group of seven persons walked up to Agent Molina's location. Agent Molina identified himself as a United States Border Patrol Agent to all seven persons, including one later identified as the defendant Jorge CAMPOS-Sanchez. All seven persons, including the defendant, stated that they are citizens and nationals of Mexico, not in possession of proper documents to enter or remain in the United States lawfully. Agent Molina place all seven aliens under arrest and transported same to the Tecate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 10, 2007 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Executed on February 18, 2008 at 9:30 a.m.

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 17, 2008 in violation of Title 8, United States Code, Section 1326.

William McCurine Jr.
U.S. Magistrate Judge

Date/Time