FILED

MAR 1 8 2008

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                  SOUTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,     )   Criminal Case No. 08CR0779-WQH
10             Plaintiff,      )   **I N F O R M A T I O N**
11       v.                               )   Title 8, U.S.C., Sec. 1325 -
                                          )   Illegal Entry (Misdemeanor);
12   JORGE CAMPOS-SANCHEZ,         )   Title 8, U.S.C., Sec. 1325 -
                                          )   Illegal Entry (Felony);
13             Defendant.      )   Title 8, U.S.C., Sec. 1325 -
                                          )   Illegal Entry (Felony)
14 _____)

15       The United States Attorney charges:

16                               <u>Count 1</u>

17       On or about _____3-25-01_____, within the Southern
18 District of California, defendant JORGE CAMPOS-SANCHEZ, being an
19 alien, unlawfully entered or attempted to enter the United States at
20 a time and place other than as designated by immigration officers, and
21 eluded examination and inspection by immigration officers, and
22 attempted to enter or obtained entry to the United States by a
23 willfully false or misleading representation or the willful
24 concealment of a material fact; in violation of Title 8, United States
25 Code, Section 1325, a misdemeanor.
26 //
27 //
28 //

WMC:jam:San Diego
2/26/08

## Count 2

On or about __3/26/01__, within the Southern District of California, defendant JORGE CAMPOS-SANCHEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about February 17, 2008, within the Southern District of California, defendant JORGE CAMPOS-SANCHEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 18, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney