```
 1  KAREN P. HEWITT
    United States Attorney
 2  W. MARK CONOVER
    Assistant U.S. Attorney
 3  California State Bar No. 236090
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5200

 6  Attorneys for Plaintiff
    United States of America
 7

 8

 9                   UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,   )  Criminal Case No. 08CR0779WQH
                                )
12            Plaintiff,        )
                                )
13       v.                     )  NOTICE OF WITHDRAWAL
                                )
14  JORGE CAMPOS-SANCHEZ,       )
                                )
15            Defendant.        )
                                )
16                              )

17       TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

18       I, the undersigned attorney, wish to withdrawal docket number 15,

19  an amended Sentencing Summary Chart filed on April 24, 2008. This

20  document was filed twice in error.

21       Please call me if you have any questions about this notice.

22       DATED:   April 30, 2008.

23                                       Respectfully submitted,

24                                       KAREN P. HEWITT
                                         United States Attorney
25

26                                       s/W. Mark Conover
                                         W. MARK CONOVER
27                                       Assistant United States Attorney
                                         Email: mark.conover@usdoj.gov
28
```